**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | |
|---|---|
| IN RE: CHARLES HALL | ) |
| | ) |
| | ) |
| | )        2:23-mc-00001-JPH-MG |
| | ) |
| | ) |
| | ) |
| | ) |

**MOTION BY CHARLES HALL TO UNSEAL**
**ALL DEPOSITIONS IN *UNITED STATES V. ROGERS***

Charles Michael Hall, by and through undersigned counsel, respectfully submits this motion seeking an order unsealing all depositions in *United States v. Rogers*, 2:16-cr-0018.

Mr. Hall is not a party to this case. Mr. Hall is a person under a sentence of death imposed by the United States District Court for the Western District of Missouri for a murder that occurred while Mr. Hall was confined in the mental health unit of the United States Medical Center for Federal Prisoners in Springfield, Missouri. Mr. Hall is currently housed in the Special Confinement Unit of USP Terre Haute. Undersigned counsel, attorneys from the Indiana Federal Community Defenders Capital § 2255 Unit, represent Mr. Hall in post-conviction proceedings in the Western District of Missouri.

The depositions that were taken in *United States v. Rogers* are directly relevant to Mr. Hall's post-conviction proceedings. In Mr. Rogers' case, there were allegations of misconduct by attorneys from the Department of Justice Capital Case Section. Some of the misconduct allegations concerned hiding information about the BOP's failure to address Mr. Rogers' self-reported mental health problems and homicidal ideations. Mr. Hall was also convicted of a homicide in the BOP after also self-reporting homicidal ideations and seeking mental health care.

1

Additionally, in Mr. Rogers' case, some of the alleged misconduct was committed by CCS attorney James Peterson. Mr. Peterson was one of the prosecutors who represented the United States at Mr. Hall's trial.

As such, and as more fully explained in the attached Memorandum in Support, the depositions concerning potential prosecutorial misconduct taken in *United States v. Rogers* are directly relevant to Mr. Hall's § 2255 litigation. They are also of interest to the public. Therefore, these depositions should be unsealed.

Respectfully submitted,

 /s/ F. Italia Patti
Angela S. Elleman, Chief
F. Italia Patti, Assistant Federal Defender
§ 2255 Unit
Indiana Federal Community Defenders
111 Monument Circle, Suite 3200
Indianapolis, IN   46204
Phone: 317-383-3520
angie_elleman@fd.org
italia_patti@fd.org

Dated:  November 29, 2023

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November  29, 2023, the foregoing document was sent via email and/or U.S. Mail to counsel for the United States and Andrew Rogers in *United States v. Rogers*, 2:16-cr-0018.

<u>/s/ F. Italia Patti</u>
F. Italia Patti
Assistant Federal Defender

3