**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

IN RE: CHARLES HALL          )
                                   )
                                   )
                                   )      2:23-mc-00001-JPH-MG
                                   )
                                   )
                                   )
                                   )

**[PROPOSED] ORDER GRANTING MOTION BY CHARLES HALL**
**TO UNSEAL ALL DEPOSITIONS IN *UNITED STATES V. ROGERS***

The Court hereby grants the motion by Charles Hall to unseal the depositions taken in *United States v. Rogers*, Case No. 2:16-cr-0018-WTL. Docket entries 272-1, 272-2, 272-3, 288-1, and 296-1 (transcripts of the depositions of Amanda Haines, James Peterson, James Warden, and Dr. Steven Eckert) shall be unsealed. Counsel for Mr. Hall shall also be provided access to any videos of these depositions.

Dated _____, 2023                      _____

                                             UNITED STATES DISTRICT JUDGE