**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

IN RE: CHARLES HALL          )
                                    )
                                    )
                                    )        2:23-mc-00001-JPH-MG
                                    )
                                    )
                                    )
                                    )

<u>NOTICE OF APPEARANCE</u>

TO: CLERK OF COURT

      Please enter the appearance of F. Italia Patti, Indiana Federal Community Defenders,

Inc., as counsel for Charles Michael Hall.

Dated: November 29, 2023.


                              Respectfully submitted,

                              <u>/s/ F. Italia Patti</u>
                              F. Italia Patti
                              Indiana Federal Community Defenders, Inc.
                              111 Monument Circle, Ste. 3200
                              Indianapolis, IN 46204
                              (317) 383-3520
                              E-Mail: italia_patti@fd.org