**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

IN RE: CHARLES HALL )
)
)
)        2:23-mc-00001-JPH-MG
)
)
)
)

<u>NOTICE OF APPEARANCE</u>

TO: CLERK OF COURT

Please enter the appearance of Angela S. Elleman, Indiana Federal Community

Defenders, Inc., as counsel for Charles Michael Hall.

Dated: November 29, 2023.

Respectfully submitted,

<u>/s/ Angela S. Elleman</u>
Angela S. Elleman
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Ste. 3200
Indianapolis, IN 46204
(317) 383-3520
E-Mail: angie_elleman@fd.org