IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:13-cr-00363 |
| | § | |
| JAMES WAYNE HAM | § | |

**DECLARATION OF ANJAULYEKE COVERT BRYANT**

I, Anjaulyeke Covert Bryant, having been first duly sworn to under pain and penalty of perjury, do state the following:

1. I am over the age of eighteen years old.

2. I and my family filed a bar complaint with the Virginia State Bar against James Dennis Peterson for his actions arising from the prosecution of my grandson, Antonio C. Navarro-Covert.

3. In that bar proceeding, we alleged that James Dennis Peterson failed to produce Brady evidence in the trial of our grandson, Antonio C. Navarro-Covert.

4. Our grandson was convicted by a jury and sentenced to more than 6 years for an alleged assault. The victim of the assault, Nick Goss, did not testify at trial. Ultimately, we found the victim of the crime, and he said that he had described the assailant to law enforcement as a dark skinned black male. Mr. Goss gave law enforcement this description before the trial. Our grandson is a light skinned white and Hispanic male.

5. When we learned of this statement, we hired an attorney. The attorney filed a motion alleging that James Dennis Peterson did not produce this exculpatory Brady evidence before or during the trial. Our grandson's conviction was set aside.

6. We presented this information to the Virginia State Bar.

7. We received notice from the Virginia State Bar that on March 12, 2014, the Sixth District Subcommittee of the Virginia State Bar made a decision after a year-long investigation.

8. Our understanding is that the Virginia State Bar issued a private reprimand to James Dennis Peterson as a result of his failure to produce the Brady evidence during my grandson's jury trial. The case was called In the Matter of James Dennis Peterson, VSB Docket No. 12-060-091920, regarding Antonio C. Navarro-Covert. The Bar

urged us to maintain the confidentiality of reprimand, and so we did not show the reprimand our give a copy to counsel for James Ham, nor did they ask us to see the contents of the reprimand.

SWORN TO AND SUBSCRIBED BEFORE ME, a notary public in the State of South Carolina, County of Richland, on this the 11th day of February, 2020 by Anjaulyeke Covert Bryant, to certify which, witness my hand and seal of office.

Notary Public in and for the State of South Carolina