

# OFFICE OF THE INSPECTOR GENERAL
## U.S. Department of Justice

(202) 514-3435 | oig.justice.gov

**INVESTIGATIVE SUMMARY**

**Findings of Misconduct by a DOJ Supervisory Attorney for Sexually Harassing a Subordinate and for Creating a Hostile Work Environment, and by a Second DOJ Supervisory Attorney for Instructing a Subordinate Not to Discuss Certain Events and for Lack of Candor**

The Department of Justice (DOJ) Office of the Inspector General (OIG) initiated an investigation of two DOJ supervisory attorneys based upon information it received that a supervisory attorney (Supervisory Attorney 1) sexually harassed a subordinate employee by making unwanted sexual advances, including physical contact, making telephone calls, sending text messages and e-mails, and extending invitations. In addition, the information alleged that Supervisory Attorney 1's supervisor (Supervisory Attorney 2) instructed subordinate employees not to discuss certain events, including Supervisory Attorney 1's sexual harassment of a subordinate employee.

The OIG found that Supervisory Attorney 1 sexually harassed the subordinate employee by making unwanted sexual advances, including physical contact, making telephone calls, sending text messages and e-mails, giving a gift, and extending invitations, all in violation of federal regulations and DOJ policy regarding prevention of harassment in the workplace. Supervisory Attorney 1's misconduct created an intimidating, hostile, and offensive working environment.

The OIG also found that Supervisory Attorney 2 gave a non-specific instruction to a subordinate not to discuss certain events, which the subordinate reasonably understood to relate to his observations of potential misconduct by DOJ employees, possibly including sexual harassment committed by Supervisory Attorney 1. Such an instruction is inconsistent with Department regulations, which require DOJ employees to report misconduct that they witness. The OIG also found that Supervisory Attorney 2 lacked candor with the OIG.

The OIG has provided this report to the supervisory attorneys' DOJ division management and to the Department of Justice Office of Professional Responsibility for action they deem to be appropriate.

*Posted to oig.justice.gov on July 18, 2018*