**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

IN RE: CHARLES HALL )
)
)
)          2:23-mc-00001-JPH-MG
)
)
)
)

**[PROPOSED] ORDER GRANTING MOTION**
**TO UNSEAL ALL DEPOSITIONS IN *UNITED STATES V. ROGERS***

The Court hereby grants the motion by Charles Hall, joined by Andrew Rogers, to

unseal the depositions taken in *United States v. Rogers*, Case No. 2:16-cr-0018-WTL.

Docket entries 272-1, 272-2, 272-3, 288-1, and 296-1 (transcripts of the depositions of

Amanda Haines, James Peterson, James Warden, and Dr. Steven Eckert) shall be

unsealed. Counsel for Mr. Hall shall also be provided access to any videos of these

depositions.


Dated _____, 2023                    _____

                                          UNITED STATES DISTRICT JUDGE