UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

In Re:                                          )
                                                )
CHARLES HALL                                    )        No. 2:23-mc-00001-JPH-MG
                                                )

## ORDER

The Court is in receipt of a Motion by Charles Hall to Unseal All Depositions in *United States v. Rogers 2:16-cr-18-WTL-CMM-1,* [Dkt. 1] as well as a Motion for Joinder in Motion to Unseal Depositions from Interested Party Andrew Rogers [Dkt. 5]. To streamline the briefing process of the pending Motion to Unseal filed by Mr. Hall, the Court sets a briefing schedule as follows:

- The United States and Mr. Rogers shall file responses on or before December 23, 2023;

   - The Court shall accept Mr. Rogers' Motion for Joinder and Memorandum in Support, [Dkt 5], as its response to Mr. Hall's Motion, however Mr. Rogers may file an additional response within the aforementioned timeframe;

- Mr. Hall shall file a reply in support on or before December 30, 2023.

Counsel are directed to file an appearance in this miscellaneous matter. The Clerk is directed to electronically serve this order by email to all recipients listed in the distribution section of this order.

Date: 12/13/23

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

**Patti Italia**
INDIANA FEDERAL COMMUNITY DEFENDERS
Italia_Patti@fd.org


**Monica Foster**
INDIANA FEDERAL COMMUNITY DEFENDERS
monica_foster@fd.org

**Angela S. Elleman**
Indiana Federal Community Defender
angie_elleman@fd.org


**Nathan D. Chambers**
NATHAN D. CHAMBERS, LLC
nchambers@nathanchamberslaw.com

**Patrick J. Burke**
PATRICK J. BURKE, P.C
patrick-j-burke@msn.com

**William Lance McCoskey**
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
william.mccoskey@usdoj.gov

**David R. Weiser**
UNITED STATES ATTORNEY'S OFFICE
david.weiser@usdoj.gov

**Brian L. Reitz**
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
brian.reitz@usdoj.gov