UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION


In Re:                                  )
                                        )
CHARLES HALL                            )          No. 2:23-mc-00001-JPH-MG
                                        )

_____

**NOTICE OF ENTRY OF APPEARANCE**
_____


Pursuant to the Court's Order dated December 13, 2023, Patrick J. Burke,

hereby enters his appearance in the above-captioned case.


DATED:  December 15, 2023.


                              Respectfully submitted,

                              *s/ Patrick J. Burke*
                              Patrick J. Burke, #4943 CO
                              Patrick J. Burke, P.C.
                              303 16th Street, Suite 200
                              Denver, Colorado 80202
                              Patrick-j-burke@msn.com
                              (303) 825-3050
                              (303) 825-2992 fax
                              *Attorney for Andrew N. Rogers*
                              *in 2:16-CR00018-001*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2023, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Jennifer J. Feldman*
Jennifer J. Feldman
Patrick J. Burke, P.C.
303 16th Street, Suite 200
Denver, Colorado 80202
(303) 825-3050
(303) 825-2992 fax