**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

IN RE:  CHARLES HALL )
)
)
)
)          2:23-MC-00001-JPH-MG
)
)
)
)

**APPEARANCE**

Comes now, Zachary A. Myers, United States Attorney for the Southern District of

Indiana, by William L. McCoskey, Assistant United States Attorney for the Southern District of

Indiana, and enters his appearance as counsel for the United States of America.


Respectfully submitted,

ZACHARY A. MYERS
United States Attorney


By:    /s/ *William L. McCoskey*
            William L. McCoskey
            Assistant United States Attorney