**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

IN RE:  CHARLES HALL )
)
)
)
)          2:23-MC-00001-JPH-MG
)
)
)
)

## APPEARANCE

Comes now, Zachary A. Myers, United States Attorney for the Southern District of

Indiana, by Brian L. Reitz, Assistant United States Attorney for the Southern District of Indiana,

and enters his appearance as counsel for the United States of America.


Respectfully submitted,

ZACHARY A. MYERS
United States Attorney


By:     /s/ *Brian L. Reitz*
        Brian L. Reitz
        Assistant United States Attorney