**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

IN RE:   CHARLES HALL          )
                                 )
                                 )
                                 )
                                 )         2:23-MC-00001-JPH-MG
                                 )
                                 )
                                 )
                                 )

## <u>UNITED STATES OF AMERICA'S AGREED MOTION FOR EXTENSION OF TIME</u>

The United States of America, by counsel, respectfully requests that the Court enter an order extending the time in which the parties may file responsive pleadings in this miscellaneous cause, and in support states:

1. On or about November 29, 2023, counsel for Charles Hall filed a motion to unseal depositions taken in *United States v. Rogers*, Cause No. 2:16-cr-0018-WTL. Mr. Hall's counsel emailed copies of the motion and accompanying papers to Assistant United States Attorneys with appearances in the *Rogers* case.

2. On December 13, 2023, the Court ordered that the United States and Andrew Rogers[1] file any responses on or before December 23, 2023, and counsel for Mr. Hall must file any reply on or before December 30, 2023. The Court also directed counsel for the United States to file appearances in this miscellaneous cause.

2. The undersigned counsel for the United States conferred with Mr. Hall's counsel. Counsel for the United States and Mr. Hall believe that additional time is necessary to file

---

[1] On December 13, 2023, Andrew Rogers filed a motion in this miscellaneous cause and the closed criminal case asking that the depositions be unsealed. *United States v. Rogers*, Cause No. 2:16-cr-0018-WTL, Dkt. 407.

pleadings in response to the Court's Order.   Not only does Mr. Hall's motion raise issues of apparent first impression in this District that would benefit from thorough analysis and briefing, counsel for the United States and Mr. Hall have previously scheduled holiday vacations that will make it very difficult to respond by the deadlines set by the Court with pleadings that will assist the Court in ruling on Mr. Hall's motion.   The parties agree that an extension of time in which to submit responsive briefings is appropriate.

3.      Therefore, the United States respectfully requests that the Court enter an Order directing the United States to file a response on or before January 22. 2024, and Mr. Hall to file any reply on or before February 12, 2024.   Counsel for Mr. Hall has reviewed and agrees with this request.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney


By:    /s/   William L. McCoskey
       William L. McCoskey
       Brian L. Reitz
       Assistant United States Attorneys

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 20, 2023, a copy of the foregoing motion of the United

States was filed electronically.   Notice of this filing will be sent by ECF to registered parties.

By:    /s/   William L. McCoskey
William L. McCoskey
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-6125