**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

IN RE:  CHARLES HALL            )
                               )
                               )
                               )
                               )        2:23-MC-00001-JPH-MG
                               )
                               )
                               )
                               )


**<u>ORDER</u>**

This matter comes before the Court on the United States of America's Agreed Motion for Extension of Time.  The Motion of the United States is well taken, and the Court therefore GRANTS the Motion.

IT IS THEREFORE ORDERED that United States shall file its response to the Charles Hall's motion to unseal depositions on or before January 22, 2024.  Mr. Hall shall file any reply on or before February 12, 2024.

So ORDERED this _____ day of December, 2023.