**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

IN RE:  CHARLES HALL                    )
                                        )
                                        )
                                        )
                                        )        2:23-MC-00001-JPH-MG
                                        )
                                        )
                                        )
                                        )


## ORDER

This matter comes before the Court on the United States of America's Agreed Motion for

Extension of Time.  The Motion of the United States is well taken, and the Court therefore

GRANTS the Motion.

IT IS THEREFORE ORDERED that United States shall file its response to the Charles

Hall's motion to unseal depositions on or before January 22, 2024.  Mr. Hall shall file any reply

on or before February 12, 2024.

So ORDERED.

Date: 12/21/2023

_____
Mario Garcia
United States Magistrate Judge
Southern District of Indiana


Distribution:
To ECF Counsel of Record