## UNITED STATES DISTRICT COURT
### Southern District of Indiana

|  |  |  |
|---|---|---|
|  | Plaintiff(s), | ) |
|  |  | ) |
|  |  | ) |
| vs. |  | ) CASE NO. 2:23−mc−00001−JPH−MG |
|  |  | ) |
|  |  | ) |
|  | Defendant(s) | ) |

## ORDER REASSIGNING CASE

Pursuant to Title 28 U.S.C. Section 137 and Local Rule 40−1(f) of the Southern District of Indiana, the Clerk is directed to directly reassign this case to Judge James R. Sweeney II . Upon completion of the reassignment the Clerk will notify the parties in the case of the newly assigned Judge.

DATE: January 16, 2024          s/   Judge James Patrick Hanlon
                              United States District Court
                              Southern District of Indiana