# UNITED STATES DISTRICT COURT

## Southern District of Indiana

### Roger A. G. Sharpe

### Clerk of the Court

*46 East Ohio Street, Room 105*
*Indianapolis, Indiana*
*46204*

*101 Northwest MLK Boulevard*
*Evansville, Indiana*
*47708*

*921 Ohio Street*
*Terre Haute, Indiana*
*47807*

*121 West Spring Street*
*New Albany, Indiana*
*47150*

January 16, 2024

Re: IN RE: CHARLES HALL
Cause Number: 2:23–mc–00001–JRS–MG

TO ALL COUNSEL OF RECORD:

Pursuant to Local Rule 40–1, the above matter was reassigned from the docket of Judge James Patrick Hanlon to the docket of Judge James R. Sweeney II on January 16, 2024. The cause number above has been changed to reflect the initials of the newly assigned district and/or magistrate judge. **Please note that cause number 2:23–mc–00001–JRS–MG should be used on all future filings.**

Sincerely,

Roger A. G. Sharpe, Clerk of Court

By:  s/Camila Carrillo Garbiras
Camila Carrillo Garbiras, Deputy Clerk