UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

In Re:                              )

                                 )

CHARLES HALL                   )      No. 2:23-mc-00001-JRS-MG

                                 )

## SCHEDULING ORDER

This matter is scheduled for an in-person status conference on **Monday, September 9, 2024 at 9:00 a.m. (Eastern)** to discuss case status before Magistrate Judge Mario Garcia in Room 361 of the United States Courthouse for the Southern District of Indiana, 46 East Ohio Street, Indianapolis, Indiana 46204. Non-local counsel may attend by telephone and the participant call-in information will be distributed by email.

Date: 9/4/2024

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

**Distribution via ECF to all counsel of record**

1