UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

In Re:                                          )
                                                )
CHARLES HALL                                    )          No. 2:23-mc-00001-JRS-MG
                                                )

**MINUTE ENTRY AND ORDER FOR SEPTEMBER 9, 2024
STATUS CONFERENCE
HON. MAGISTRATE JUDGE MARIO GARCIA**

The parties appeared by counsel for an in-person status conference on September 9, 2024. Counsel and the Court discussed the United States' concerns over privileged and confidential information contained within various sealed depositions in *United States v. Rogers*, 2:16-cr-00018-JRS-MG-1, which are central to Mr. Hall's pending Motion to Unseal. The undersigned has issued an Order in the *Rogers* matter, outlining a course of action the parties shall follow, which this Court similarly adopts. Mr. Hall's Motion, [1], is **DENIED without prejudice.** Similarly, Mr. Rogers' Motion for Joinder, [5], and Mr. Coonce's Motion for Joinder, [17], are **DENIED without prejudice.**

The Government and Mr. Rogers have been directed to meet and confer on whether mutual redactions to the sealed depositions can be agreed upon. Should the parties agree, they are to file a joint motion to unseal with proposed redacted versions of these sealed depositions attached, along with a joint motion for a protective order. If the parties cannot agree on redactions, Mr. Rogers has been directed to promptly re-file his Motion to Unseal in the *Rogers* matter, with the Court adopting an abbreviated briefing schedule. Should Mr. Rogers renew his Motion to Unseal, Mr. Hall or Mr. Coonce may file Motions to Join in the *Rogers* matter. Briefing on any renewed Motions to Unseal should be filed in the *Rogers* matter.

Date: 9/12/2024

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

**Distribution via ECF to all counsel of record.**