UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:16-cr-00018-JRS-MG |
| | ) | |
| ANDREW N. ROGERS, | ) | -01 |
| | ) | |
| Defendant. | ) | |

## ORDER

The parties appeared by counsel for an in-person status conference on September 9, 2024,

in *In re: Charles Hall*, 2:23-mc-1-JRS-MG. Counsel and the Court discussed the United States'

concerns over privileged and confidential information contained within various sealed depositions.

These depositions are central to Mr. Rogers' pending Motion to Unseal in this case, [407], as well

as Mr. Hall's Motion to Unseal, and Interested Parties Mr. Rogers' and Mr. Coonce's Motions for

Joinder in the *Hall* matter. Mr. Rogers' Motion to Unseal, [407], is **DENIED without prejudice.**

The Clerk is **DIRECTED** to docket copy of this Order in *In re: Charles Hall*, 2:23-mc-1-JRS-

MG.

The Government and Mr. Rogers are **DIRECTED** to meet and confer on whether mutual

redactions to the sealed depositions can be agreed upon, with the Government providing their

suggested redactions in **21 days of this order**, and Mr. Rogers having **14 days** after to respond.

Should the parties agree, they should file a joint motion to unseal the depositions with proposed

redacted versions attached, along with a joint motion for a protective order. This allows the United

States to maintain copies of the unredacted depositions and any member of the public (including

Mr. Hall) seeking access to the unredacted versions must enter the protective order (once such protective order is approved).

If the parties cannot agree on redaction, Mr. Rogers is **DIRECTED** to promptly re-file his motion to un-seal. If the United States opposes the unsealing, it should reference which lines of the sealed depositions contain the privileged or confidential information it believes warrant sealing, why redactions will not afford adequate protection, or what proposed redactions would suffice in the event the depositions are ultimately unsealed. Should Mr. Rogers renew his Motion, the Court adopts the following briefing schedule: (1) the United States shall have 21 days from Mr. Rogers' motion to file a response; (2) Mr. Rogers shall then have 14 days to file a reply. Nothing in this order shall prevent Mr. Hall or Mr. Coonce from filings motions to join Mr. Rogers' motion to unseal.

**IT IS SO ORDERED.**

Date: 9/12/2024

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

**Distribution via ECF to all counsel of record.**